17 F.3d 1429
 Falck (Lawrence J., Jr., Betty Lou)
v.
GAF Corporation, Raymark Industries, Inc., Celotex
Corporation, successor-in-interest to Philip Carey
Manufacturing Company, Briggs Manufacturing Company, and/or
Panacon Corporation, Keene Building Products Corporation,
Eagle Picher Industries, Inc., Owens Corning Fiberglas
Corporation, Owens-Illinois, Inc., Fibreboard Corporation,
Combustion Engineering, Standard Asbestos Mfg. and
Insulating Company v. Foster Wheeler Corp.
 NO. 90-3462
 United States Court of Appeals,
Third Circuit.
 Jan 14, 1994
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 REVERSED.